[No. 17640-8-II.   Division Two.   July 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
COLON-CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-01866-7, Thomas Felnagle, J., entered
October 6, 1993. *Affirmed* by unpublished opinion per Sein-
feld, C.J., concurred in by Morgan and Houghton, JJ.


[No. 16455-8-II.   Division Two.   July 10, 1995.]

MARILYN R. MIHOK-WATERMAN, ET AL., *Respondents*,
v. CHET PALMER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-09734-3, J. Kelley Arnold, J., entered
September 22, 1992. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Houghton, J.,
concurred in by Seinfeld, C.J., and Wiggins, J.


[No. 17812-5-II.   Division Two.   July 10, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. PATRICK J.
McFADDEN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 93-1-00289-3, David F. Foscue, J.,
entered November 22, 1993. *Affirmed* by unpublished
opinion per Houghton, A.C.J., concurred in by Fleisher
and Bridgewater, JJ..